Sengthiene Bosavanh, Esq. #249801
Milam Law
948 11th Street, Suite 17
Modesto, California 95354
(209) 576-0817
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Nancy Ortiz,<br>　　Plaintiff,<br><br>　　v.<br><br>Commissioner of Social Security<br>　　Defendant. | CASE NO.1:11-cv-01443-LJO-BAM<br><br>STIPULATION AND ORDER<br>FOR EXTENSION OF TIME TO SUBMIT<br>PLAINTIFF'S CONFIDENTIAL BRIEF |

IT IS HEREBY STIPULATED by and between the parties that Plaintiff be granted a first-time 30-day extension of time to submit a confidential brief. The extension is requested due to Plaintiff's attorney's workload demands and the number and complexity of the issues in this case. The current due date for Plaintiff's Confidential Brief is February 13, 2012. The new due date will be March 15, 2012. The scheduling order should be modified accordingly.

Dated: February 13, 2012        /s/ Sengthiene Bosavanh
                                SENGTHIENE BOSAVANH, ESQ.
                                Attorney for Plaintiff

Dated: February 13, 2012        BENJAMIN B. WAGNER
                                United States Attorney


                                By: /s/Sundeep Patel
                                (as authorized via telephone)
                                SUNDEEP PATEL FOR
                                ANN LUCILLE MALEY
                                Special Assistant United States Attorney

IT IS SO ORDERED.

**Dated:   February 15, 2012**            **/s/ Barbara A. McAuliffe**

                                UNITED STATES MAGISTRATE JUDGE