BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
CYNTHIA B. DE NARDI, CSBN 256770
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8961
    Facsimile: (415) 744-0134
    Email: cynthia.denardi@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| NANCY ORTIZ,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:11-CV-01443-LJO-BAM<br><br>**STIPULATION AND ORDER FOR DEFENDANT'S FIRST EXTENSION OF 30 DAYS TO RESPOND TO PLAINTIFF'S OPENING BRIEF** |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's opening brief. The undersigned was reassigned seven district court cases on June 11, 2012, which are due in July 2012, and two cases, including the instant case, are currently due on July 9, 2012. The undersigned requires additional time to prepare the Defendant's response, in particular because she will be on approved leave July 3-5, 2012, and July 16-20, 2012. The current due date is July 9, 2012. The new due date will be August 8, 2012.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

    //

-1-

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| | | |
| | | BENJAMIN B. WAGNER |
| | | United States Attorney |
| | | DONNA L. CALVERT |
| | | Acting Regional Chief Counsel, Region IX |
| | | Social Security Administration |
| Dated: June 22, 2012 | By: | */s/ Cynthia B. De Nardi* |
| | | CYNTHIA B. DE NARDI |
| | | Special Assistant United States Attorney |
| | | |
| | | Attorneys for Defendant |
| Dated: June 22, 2012 | | *s/Sengthiene Bosavanh* |
| | | (authorized by email) |
| | | Sengthiene Bosavanh |
| | | Attorney for Plaintiff |

IT IS SO ORDERED.

Dated:   **June 22, 2012**                           /s/ Barbara A. McAuliffe
                                              UNITED STATES MAGISTRATE JUDGE

-2-