BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
CYNTHIA B. DE NARDI, CSBN 256770
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8961
    Facsimile: (415) 744-0134
    Email: cynthia.denardi@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| NANCY ORTIZ,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:11-CV-01443-LJO-BAM<br><br>**STIPULATION AND ORDER FOR DEFENDANT'S SECOND EXTENSION OF 30 DAYS TO RESPOND TO PLAINTIFF'S OPENING BRIEF** |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a second extension of time of 30 days to respond to Plaintiff's opening brief.  The undersigned requires additional time to review recent relevant Ninth Circuit authority in order to prepare the Defendant's response.  The current due date is August 8, 2012.   The new due date will be September 7, 2012.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

    //

|   |   |
|---|---|
|   | Respectfully submitted, |
|   |   |
|   | BENJAMIN B. WAGNER |
|   | United States Attorney |
|   | DONNA L. CALVERT |
|   | Acting Regional Chief Counsel, Region IX |
|   | Social Security Administration |
| Dated: August 6, 2012 | By:  /s/ Cynthia B. De Nardi |
|   | CYNTHIA B. DE NARDI |
|   | Special Assistant United States Attorney |
|   |   |
|   | Attorneys for Defendant |
| Dated:  August 6, 2012 | s/Sengthiene Bosavanh |
|   | (authorized by email) |
|   | Sengthiene Bosavanh |
|   | Attorney for Plaintiff |

### ORDER

Pursuant to the stipulation, and for good cause being shown, Defendant shall until **September 7, 2012** to file its opposition brief.

IT IS SO ORDERED.

Dated:   **August 6, 2012**          /s/ Barbara A. McAuliffe
                                                         UNITED STATES MAGISTRATE JUDGE

-2-