# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY ORTIZ,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant. | 1:11-cv-1443 LJO- BAM<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

On August 25, 2011, Plaintiff Nancy Ortiz filed a complaint seeking review of the Commissioner's decision to deny her application for Social Security disability benefits. On the date of filing, Plaintiff resided in Stockton, San Joaquin County, California. Doc. 16-3. Plaintiff's residence has not changed since the filing date. *Id.*

Under federal law, the plaintiff must file suit in the judicial district in which he or she resides or a has a principal place of business. 42 U.S.C. § 405(g). If the plaintiff files in the wrong district, the Court may transfer venue to the proper district. *Id.* In this case, although Plaintiff properly filed her complaint in the Eastern District of California, she improperly filed it in the Fresno Division rather than the Sacramento Division where it was properly venued.

Good cause appearing, the Court ORDERS this case TRANSFERRED to the Sacramento Division of the Eastern District of California.

IT IS SO ORDERED.

Dated:   **February 11, 2013**          /s/ **Barbara A. McAuliffe**
                                                         UNITED STATES MAGISTRATE JUDGE

1