# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY ORTIZ,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant. | New Case No. 1:11-cv-1443 LJO- BAM<br><br>ORDER VACATING TRANSFER TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA AND REOPENING CASE<br><br>Old Case No. 2:13-cv-0263 KJN<br><br>(Doc. 30). |

On August 25, 2011, Plaintiff Nancy Ortiz, residing in Stockton, San Joaquin County, California filed a complaint seeking review of the Commissioner's decision to deny her application for Social Security disability benefits. Although Plaintiff properly filed her complaint in the Eastern District of California, she improperly filed it in the Fresno Division rather than the Sacramento Division where it would be properly venued. On February 11, 2013, the Fresno Division transferred Plaintiff's case as improperly venued. (Doc. 30). Because the transfer of this case may have an impact on an efficient resolution of this matter, the Court finds that in the interests of justice and judicial economy this matter should be re-transferred to the Eastern District of California Fresno Division. 28 U.S.C. § 1404(a) ("For the convenience of parties and witnesses, and in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division...")

Accordingly, to achieve the most efficient judicial resolution of Plaintiff's case, the Court **VACATES** the transfer order (Doc. 30) transferring this case to the Sacramento Division of the

1

Eastern District of California.  The Clerk of the Court is **DIRECTED** to re-open this action in the Fresno Division for a final decision on the merits.

All future pleadings shall be numbered as follows:

**1:11-cv-1443 LJO- BAM**

IT IS SO ORDERED.

Dated:   **February 14, 2013**                             /s/ **Barbara A. McAuliffe**
                                                                    UNITED STATES MAGISTRATE JUDGE

2